**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Elizabeth W., Russell F., and Joe G., Defendants,

Of whom Elizabeth W. is the Appellant,

In the interest of a minor child under the age of 18 years.

Appellate Case No. 2012-212644

Appeal From Anderson County
Tommy B. Edwards, Family Court Judge

Unpublished Opinion No. 2013-UP-061
Submitted January 17, 2013 – Filed January 28, 2013

**AFFIRMED**

Floy Kenyon Anderson, of Kenyon Lusk & Anderson, of Anderson, for Appellant.

Amy C. Sutherland, of Greenville, and Kathleen J. Hodges, of Anderson, both of the South Carolina Department of Social Services, for Respondent.

Brittany Dreher Tye, of Senerius & Tye, Attorneys at Law, of Anderson, for Guardian ad Litem.

---

**PER CURIAM:** Elizabeth W. appeals from the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2012). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.